UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONI M. BRASHER-LEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:12-cv-00595-DML-RLY ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## Judgment

The court having made its entry on September 24, 2013, it is ADJUDGED that the decision of the Commissioner that Toni M. Brasher-Lee is not entitled to Supplemental Social Security Income and Disability Insurance Benefits based on her application filed on in December 2007, is REVERSED and REMANDED to the Commissioner for further proceedings consistent with the court's entry according to 42 U.S.C. § 405(g).

So ORDERED.

Date: 09/24/2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov